DocuSign Envelope ID: 5405688E-5976-45EC-A75A-17FE6728D949

**FILED - GR**
May 9, 2022 3:04 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: _____/_____

| FOR GOVERNMENT AGENCY USE ONLY |
| --- |
| DATE CLAIM RECEIVED: |
| |
| CLAIM TIMELY FILED? Y:☐ N:☐ |

## SEIZED ASSET CLAIM FORM

| | | | |
|---|---|---|---|
| **NAME:** | Mohamed Abourched | **Seizure No.:** | |
| **ADDRESS:** | 330 N. Crescent Dr. Apt 310 | **Case No.:** | 1:22-CV-255 |
| | Beverly Hills, CA 90210 | **City & State of Seizure:** | Los Angeles, CA |
| **TELEPHONE NO.:** | (___) | | |

### PART I

**List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.**

1. $5,000 in funds seized from Navy Federal Credit Union Account ending in 8973
2. $2,500 in funds seized from First Foundation Bank Account ending in 1328
3. $69,075.85 in funds seized from First Foundation Bank Account ending in 1328
4. _____
5. _____
6. _____

### PART II

**State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.**

These funds were lawfully obtained funds through my (and my wife's) lawful business dealings.

## PART I (continued)

7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

## PART II (continued)

## PART III

## ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.

MOHAMED ABOURCHED  
Name (Print)

May 3, 2022  
Date

*DocuSigned by:*  
*MOHAMED ABOURCHED*  
Signature — E12F8A58CCCB4DA...

**A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.**

Off. of clerk - U.S. Dist. Ct. WDM
399 Federal Building, 110 Michigan St. N.W.
Grand Rapids, MI, 49503

