UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,000.00 IN FUNDS SEIZED FROM NAVY FEDERAL CREDIT UNION ACCOUNT ENDING 8973, et al.,

    Defendants.
_____/

Case No. 1:22-cv-255

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 18, 2022, the United States of America initiated this lawsuit by filing its verified complaint seeking forfeiture of four groups of property.  On May 9, 2022, a claim was filed by Mohamed Abourched (ECF No. 5).  The United States of America has filed a motion to strike Abourched's claim.  The motion was referred to the Magistrate Judge, who issued a Report and Recommendation on June 1, 2023, recommending that this Court grant the motion to strike.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Strike (ECF No. 6) is GRANTED.  The claim filed by Mohamed Abourched (ECF No. 5) is STRICKEN.

Dated:  June 28, 2023

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge