UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,000.00 IN FUNDS SEIZED FROM
NAVY FEDERAL CREDIT UNION
ACCOUNT ENDING 8973 HELD IN
THE NAMES OF MOHAMED AND
KATERYNA ABOURCHED, et al.

    Defendants.
_____/

No. 1:22-CV-255

Hon. Paul L. Maloney
United States District Judge

## JUDGMENT OF FORFEITURE BY DEFAULT

This case is before the Court on Plaintiff's Motion for Judgment of Forfeiture by Default. No person or entity has come forth and filed a verified claim and answer to the Defendant Property consisting of $5,000.00 in funds seized from Navy Federal Credit Union Account ending 8973 held in the names of Mohamed and Kateryna Abourched; $100,000.00 in funds seized from Navy Federal Credit Union Account ending 6678 held in the names of Mohamed and Kateryna Abourched; $69,075.85 in funds seized from First Foundation Bank Account ending 1328 held in the name of MSM Luxury Estates; and $2,500.00 in funds seized from First Foundation Bank Account ending 1354 held in the name of MSM Luxury Estates by the United States Secret Service on or about October 29, 2021. The Defendant Property is currently in the custody of the United States Secret Service – Asset Forfeiture Division.

Furthermore, it appears that publication has been duly made in this matter, and that due notice was given. Accordingly, the Court finds:

1. That process was duly issued in this case and that the Defendant Property was duly seized by the United States Secret Service;

2. That no individuals or business entities have an outstanding verified claim or answer to the Defendant Property; and

3. That the allegations of the Complaint are taken as admitted with respect to the Defendant Property.

Based upon the above and the Court being otherwise fully advised in the matter, it is hereby

**ORDERED AND ADJUDGED:**

1. That judgment of forfeiture by default is hereby entered against the Defendant Property in favor of the Plaintiff, to include all accrued interest since the time of seizure for Defendant Property.

2. That all persons claiming any right, title or interest in or to the Defendant Property are held in default.

3. That the Defendant Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C) because it constitutes any property, real or personal, which constitutes or is derived from proceeds traceable to wire fraud, in violation of 18 U.S.C. § 1343, and because it is any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C.

§ 1957 (money laundering), or any property traceable to such property.

4. That all right, title, and interest in and to the Defendant Property is hereby condemned, forfeited, and vested in the United States of America, and the Defendant Property shall be disposed of by the United States Secret Service or its designee according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Judgment.

Dated: June30, 2023

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge